
CMR

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

19 3518

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Blaze Waters

**DEFENDANTS**
National Railroad Passenger Corporation ("Amtrak")

**(b)** County of Residence of First Listed Plaintiff    Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    District of Columbia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*
Adama K. Wiltshire, Esq.
Littler Mendelson, PC, Three Parkway, 1601 Cherry St., Suite 1400
Philadelphia, PA  19102

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☒ 3  Federal Question
        *(U.S. Government Not a Party)*

☐ 2  U.S. Government
        Defendant

☐ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                       *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
       Proceeding

☒ 2 Removed from
       State Court

☐ 3 Remanded from
       Appellate Court

☐ 4 Reinstated or
       Reopened

☐ 5 Transferred from
       Another District
       *(specify)*

☐ 6 Multidistrict
       Litigation -
       Transfer

☐ 8 Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1331, 1349, 1441(a), and 1446
Brief description of cause:
Plaintiff is alleging disability discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE                                        DOCKET NUMBER

DATE
8/5/2019

SIGNATURE OF ATTORNEY OF RECORD
*Adama W*

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

*CMR*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**19      3518**

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ **Blaze Waters, 1302 Orthodox Street, Philadelphia, PA 19124**

Address of Defendant: _____ **Amtrak, 1 Massachusetts Ave. NW, 617, Washington, D.C. 20001**

Place of Accident, Incident or Transaction: _____ **Philadelphia**

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8/5/2019   _____   PA # 326876
*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☑ 11. All other Federal Question Cases
  *(Please specify):*   Suits against Amtrak in Federal Court

**B.   Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐   Relief other than monetary damages is sought.

DATE: _____   _____   _____
*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*


CMR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

BLAZE WATERS,                          :          CIVIL ACTION
    Plaintiff                          :
        v.                           :
AMTRAK,                                :          NO. **19   3518**
    Defendant.                         :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                     ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                         ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                                                            ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.       (x )

| 8/5/2019 | _(signature)_ | Amtrak |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 267-402-3000 | 267-402-3131 | awiltshire@littler.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

*C M R*
*$400*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BLAZE WATERS, | ) | |
| Plaintiff, | ) | Civil Action No. **19**   **3518** |
| | ) | |
| v. | ) | (Judge ) |
| | ) | |
| AMTRAK, | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant National Railroad Passenger Corporation ("Amtrak"), hereby removes this action from the Philadelphia Municipal Court for the First Judicial District of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. §§ 1331, 1349, 1441(a), and 1446. In support of this Notice of Removal ("Notice"), Defendant states as follows:

**I.     PROCESS, PLEADINGS, AND ORDERS**

1.     Plaintiff Blaze Waters ("Plaintiff") filed a Statement of Claim on or about May 16, 2019, designated as Case No. SC-19-05-16-5142, in the Philadelphia Municipal Court for the First Judicial District of Pennsylvania. Plaintiff's Statement of Claim and related exhibits are attached as **Exhibit A**.

2.     Amtrak was served with a Certificate of Compliance and a copy of the Statement of Claim via certified mail on July 15, 2019. **(Exhibit B.)** This Notice of Removal is being timely filed within 30 days as required by 28 U.S.C. § 1446(b).

3.     Pursuant to 28 U.S.C. § 1446(a), the attached exhibit constitutes all process, pleadings and orders served upon Amtrak or filed or received in this action by Amtrak.

## II.   VENUE

4.     Because Philadelphia Municipal Court for the First Judicial District of Pennsylvania lies in the Eastern District of Pennsylvania, this Court is the appropriate venue for removal. *See* 28 U.S.C. §§ 118(b) and 1441(a).

## III.   FEDERAL JURISDICTION

5.     Amtrak is removing this matter based upon original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1349, as Amtrak is a federally-chartered stock corporation and the United States owns more than one-half of Amtrak's capital stock. *See* 49 U.S.C. §§ 24301, *et seq.*; *Hollus v. Amtrak Ne. Corridor*, 937 F. Supp. 1110, 1113-14 (D.N.J. 1996), *aff'd*, 118 F.3d 1575 (3d Cir. 1997) ("Because a majority of the capital stock of Amtrak is owned by the United States, the federal courts have subject matter jurisdiction over any action involving Amtrak."); *see also Vasquez v. N. Cnty. Transit Dist.*, 292 F.3d 1049, 1060 (9th Cir. 2002) (concluding district court "had original jurisdiction over the subject matter of the litigation because the action involves Amtrak and the United States owns a majority of the capital stock of Amtrak"); *Aliotta v. Nat'l R.R. Passenger Corp.*, 315 F.3d 756, 758 n.1 (7th Cir. 2003) ("federal courts have jurisdiction over all cases involving Amtrak, regardless of the cause of action"); *Nat'l R.R Passenger Corp. v. Rountree Transport & Rigging, Inc.*, 286 F.3d 1233, 1259 n.25 (11th Cir. 2002) (stating, "[i]t is true that, because Amtrak is a federally chartered corporation that meets the requirements of 28 U.S.C. § 1349, federal question jurisdiction is proper"). The removal of this civil action is, therefore, proper under 28 U.S.C. § 1441(a) because this is a civil action, inappropriately brought in state court, but over which the district courts of the United States have original jurisdiction.

## IV.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6.     This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it is being filed on August 5, 2019, which is within thirty days of Amtrak's receipt of the Complaint.

7.      In accordance with 28 U.S.C. § 1446(d), Amtrak has filed this Notice with this Court, is serving a copy of this Notice upon Plaintiff, and is filing a copy of this Notice in the Philadelphia Municipal Court for the First Judicial District of Pennsylvania.

8.      Amtrak reserves the right to submit further evidence supporting this Notice should Plaintiff move to remand.

## V.      CONCLUSION

**WHEREFORE**, having fulfilled all statutory requirements, Amtrak prays the instant action pending against it in the Philadelphia Municipal Court for the First Judicial District of Pennsylvania be removed to the United States District Court for the Eastern District of Pennsylvania, and requests that this Court assume full jurisdiction over this matter as provided by law.

Respectfully submitted,

Adama K. Wiltshire (PA. No. 32876)
awiltshire@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone: 267.402.3000
Facsimile: 267.402.3131

Attorneys for Defendant
National Railroad Passenger Corporation
("Amtrak")

Dated: August 5, 2019

3

CMR

## IN THE PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

BLAZE WATERS,                    )      Case No.: SC-19-05-16-5142
                                 )
              Plaintiff,          )      19cv3518
                                 )
        v.                        )
                                 )
AMTRAK,                          )
                                 )
              Defendant.          )

## NOTICE TO ADVERSE PARTY OF REMOVAL AND CERTIFICATE OF NOTICE TO
## PHILADELPHIA MUNICIPAL COURT

**TO:**   Blaze Waters
          1302 Orthodox Street
          Philadelphia, PA 19124

          *Plaintiff pro se*

**PLEASE TAKE NOTICE** that a Notice of Removal of this action from the Philadelphia
Municipal Court, First Judicial District of Pennsylvania, to the United States District Court for the
Eastern District of Pennsylvania was duly filed on August 5, 2019 in the United States District
Court   for   the   Eastern   District   of   Pennsylvania   at   Civil   Action   No.
_____.  A true and correct copy of the Notice of Removal is
attached hereto.

In accordance with 28 U.S.C. § 1446, this Notice, together with the Notice of Removal
filed in the United States District Court for the Eastern District of Pennsylvania, has effected a
removal of this action from the Philadelphia Municipal Court, First Judicial District of
Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.  This
Court should proceed no further unless this case is remanded.

Respectfully submitted,

Adama K. Wiltshire, (PA #32876)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321

Attorneys for Defendant
National Railroad Passenger Corporation
("Amtrak")

Dated: August 5, 2019

## CERTIFICATE OF SERVICE

I, Adama K. Wiltshire, hereby certify that on the 5th day of August, I caused a true and correct copy of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL, to be served via first class mail, postage pre-paid, upon:

Blaze Waters
1302 Orthodox Street
Philadelphia, PA 19124

*Plaintiff pro se*

Adama K. Wiltshire

# EXHIBIT "A"



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge   John J. Joyce, Deputy Court Administrator

## STATEMENT OF CLAIM

Code: Other - (13)                    # SC-19-05-16-5142

| | |
|---|---|
| BLAZE WATERS<br>1302 ORTHODOX STREET<br>PHILADELPHIA, PA 19124 | AMTRAK<br>60 MASSACHUSETTS AVENUE NE ATTENTION: CUSTOMER RELATIONS<br>WASHINGTON, DC 20002 |
| *Plaintiff(s)* | *Defendant(s)* |

Service Address (information) if other than above:

*To the Defendant: Plaintiff is seeking a money judgment against the Defendant(s) based on the following claim:*
PLAINTIFF PURCHASED A HANDICAP ACCESSIBLE MULTI CITY TRIP TICKET FROM THE DEFENDANT JULY 25, 2017
IN THE AMOUNT OF $1,316 AT THE 30TH AND MARKET STREET TRAIN STATION (RESERVATION NUMBER CDE747).
PLAINTIFF TOOK A SEAT IN THE HANDICAP SECTION OF THE TRAIN, BUT WAS TOLD IN A VERY UNPLEASANT TONE
TO MOVE BY THE TRAIN ATTENDANT. PLAINTIFF HAS A VIDEO AND PICTURES OF THE TRAIN ATTENDANT THAT HE
WILL PRESENT AT THE TIME OF THE HEARING. THE AMTRAK ATTENDANT PUT A PIECE OF LUGGAGE IN THE SEAT,
TO PREVENT THE PLAINTIFF FROM SITTING IN THE HANDICAP SECTION OF THE TRAIN. THE TRAIN ATTENDANT
TOLD THE PLAINTIFF TO SIT THE FUCK DOWN ON THE OPPOSITE SIDE OF THE TRAIN. DUE TO THE TRAIN
ATTENDANTS LOUD VOICE, SHE WOKE UP THE OTHER PASSENGERS THAT THREATENED THE PLAINTIFF. THE
PLAINTIFF WAS DISRESPECTED, HUMILATED AND EMBARRASSED BY THE TRAIN ATTENDANT. THE PLAINTIFF STATES
THAT HE WAS DEFINITELY DISCRIMINATED AGAINST BY THE AMTRAK TRAIN ATTENDANT. PLAINTIFF IS SEEKING A
JUDGEMENT IN THE AMOUNT OF $12,000 PLUS COURT COST.

## Summons to the Defendant
You are hereby ordered to appear at a hearing
scheduled as follows:

## Citation al Demandado
Por la presenta, Usted esta dirljido a presentarse a la
siguiente:

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 6

July 1st, 2019

01:15 PM

### Amount Claimed

| | | |
|---|---|---:|
| Principal | $ | 12000.00 |
| Interest | $ | 0.00 |
| Attorney Fees | $ | 0.00 |
| Other Fees | $ | 0.00 |
| **Subtotal** | $ | 12000.00 |
| Service | $ | 0.00 |
| State Fee | $ | 14.75 |
| Automation Fee | $ | 5.50 |
| Convenience Fee | $ | 0.00 |
| JCS St. Add. Surcharge | $ | 11.25 |
| JCS St. Add. Fee | $ | 2.25 |
| ATJ Fee | $ | 2.00 |
| ATJ Surcharge | $ | 10.00 |
| Court Costs | $ | 44.00 |
| **TOTAL CLAIMED** | $ | 12089.75 |
| Date Filed: | 05/16/2019 | |

I am a plaintiff in this statement of claims action. I hereby verify that I am authorized to make this verification and that the facts set forth above are true and correct to the
best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. &sect; 4904, which concerns the
making of unsworn falsifications to authorities.

*Blaze Waters*
Signature Plaintiff/Attorney
Atty ID #: _____

Address & 1302 ORTHODOX STREET
Phone   PHILADELPHIA, PA 19124

NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT.
PLEASE SEE ATTACHED NOTICES

AVISO AL DEMANDADO LE HAN DEMANDADO EN CORTE. VEA POR FAVOR
LOS AVISOS ASOCIADOS.

If you wish to resolve this matter without appearing in court, please contact the attorney shown above immediately.



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge    John J. Joyce, Deputy Court Administrator

\# SC-19-05-16-5142

| | |
|---|---|
| BLAZE WATERS<br>1302 ORTHODOX STREET<br>PHILADELPHIA, PA 19124 | AMTRAK<br>60 MASSACHUSETTS AVENUE NE ATTENTION: CUSTOMER<br>RELATIONS<br>WASHINGTON, DC 20002 |
| *Plaintiff* | *Defendant(s)* |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: BLAZE WATERS

Signature: *Blaze Waters*

Name: BLAZE WATERS

Attorney No. (if applicable):_____

## WHAT TO DO AFTER GETTING A MONEY JUDGMENT

You have been given judgment in the amount of $ _____ plus costs.  The other party has thirty (30) days to appeal from this judgment.

If there is no appeal, and if you have not received payment, you may then have the Sheriff execute on the judgment.  To do so, go to the Judgment and Petitions Unit, 1339 Chestnut Street, Room 1003, Philadelphia, PA 19107 with your copy of the Statement of Claim.  To execute means that you are asking the Sheriff to sell the property or personal goods of the defendant to satisfy your claim.  The cost of execution is a minimum of $84.00.

You must wait until after the thirty (30) day appeal has run before you can execute; i.e., the 31st day.  If the 30th day falls on a Saturday, Sunday, or holiday you must wait an extra working day.  (for example, if the 30th day falls on Sunday, you must wait until Tuesday).

If and when you receive payment of your claim from the defendant, you are required under penalty of law to sign and give to the defendant for filing with the Prothonotary the attached *Order to Satisfy*.  The Judgments and Petitions Unit is located at 1339 Chestnut Street, Room 1003, Philadelphia, PA 19107.

Remember, after the appeal period has expired you may institute execution proceedings to enforce payment of your judgment.  However, you are cautioned that the Sheriff can only levy upon and sell property or personal goods owned by the defendant or defendants in PHILADELPHIA County.  You should make every effort to determine what assets the defendant owns and the exact location of those assets before proceeding with the execution process.

If your judgment arises from a motor vehicle accident and you do not receive payment within 60 days, you may file this judgment with the *Bureau of Traffic Safety* in Harrisburg.  To initiate this procedure you must go to Room 271 City Hall, where you will be assisted in this endeavor.  The cost of this certification is $27.00.

If your judgment is not forthcoming, please refer to the pamphlet Tips on How to Collect Your Money Judgment that you receive in Court.  If necessary, you may contact the *Lawyer Referral & Information Service*, 11th Floor, 1101 Market Street, Philadelphia, PA  19107 (215-238-6333).

**PLEASE BRING THIS FORM WITH YOU WITH YOUR COPY OF THE CLAIM.**



THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT, WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE COURT, PLEASE CALL 215-686-7986. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST THREE BUSINESS DAYS BEFORE ANY HEARING, OR WITHIN THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF HEARING, WHICHEVER IS LATER.



LA CORTE MUNICIPAL CUMPLE CON EL DECRETO DE AMERICANO INCAPACITADOS (AMERICAN WITH DISABILITIES ACT).  ESTE DECRETO REQUIERE QUE TODOS LOS SERVICIOS Y FACILIDADES DE CORTE SEAN ACCESSIBLE A PERSONAS INCAPACITADAS, AL IGUAL QUE PERSONAS NO INCAPACITADAS.  SE USTED ESTE INCAPACITADO Y NECIESITA ACOMODACIONES RAZONABLES, PARA PODER RADICAR UNA DEMANDA, PARTICIPAR EN ALGUN PROCEDIMIENTO O UTILIZAR SERVICIOS EN LA CORTE MUNICIPAL POR FAVOR LLAME AL TELEFONO 215-686-7986.  PARA SOLICITAR ACOMODACIONES RAZONABLES, DEBE LAMAR POR LOS MENOS TRES DIAS DE TRABAJO ANTES DE SU AUDIENCIA O DENTRO DE TRES DIAS DESPUES DE RECIBIR SU CITA, SEGUN O QUE OCURRA PRIMERO.



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge      John J. Joyce, Deputy Court Administrator

# SC-19-05-16-5142

| | |
|---|---|
| BLAZE WATERS<br>1302 ORTHODOX STREET<br>PHILADELPHIA, PA 19124 | AMTRAK<br>60 MASSACHUSETTS AVENUE NE ATTENTION:<br>CUSTOMER RELATIONS<br>WASHINGTON, DC 20002 |
| *Plaintiff* | *Defendant(s)* |

## IMPORTANT NOTICE TO ALL PARTIES



THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY, AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN A MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE COURT, PLEASE CALL 215-686-7986. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST (3) THREE BUSINESS DAYS BEFORE ANY HEARING, OR WITHIN (3) THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF THE HEARING, WHICHEVER IS LATER.

## NOTA IMPORTANTE PARA TODO PERSONAS



LA CORTE MUNICIPAL CUMPLE CON EL DECRETO DE AMERICANO INCAPACITADOS (AMERICANS WITH DISABILITIES ACT). ESTE DECRETO REQUIRE QUE TODOS LOS SERVICIOS Y FACILIDADES DE CORTE SEAN ACCESIBLE. A PERSONAS INCAPACITADAS, AL IGUAL QUE PERSONAS NO INCAPACITADAS. SE USTED ESTE INCAPACITADO Y NECESITA ACOMODACIONES RAZONABLES, PARA PODER RADICAR UNA DEMANDA, PARTICIPAR EN ALGUN PROCEDIMIENTO O UTILIZAR SERVICIOS EN LA CORTE MUNICIPAL POR FAVOR LLAME AL TELEFONE 215-686-7986. PARA SOLICITAR ACOMODACIONES RAZONABLES, DEBE LAMAR POR LO MENOS TRES DIAS DE TRABJO ANTES DE SU AUDIENCIA O DENTRO DE TRES DIAS DESPUES DE RECIBIR SU CITA, SEGUN O QUE OCURRA PRIMERO.

300-12/10/02



# PHILADELPHIA MUNICIPAL COURT
# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

## WHAT TO DO IF YOU RECEIVE A NOTICE (STATEMENT OF CLAIMS) THAT YOU ARE BEING SUED IN SMALL CLAIMS COURT

1. **Read and understand the Statement of Claim.** You are the Defendant; the person, group or corporation suing you is the **Plaintiff**. If after reading the Statement of Claim you feel you are in the right, then:

2. Gather all pertinent documents to present your defense; that is, letters, cancelled checks, bills of sale, letters of notification, account books, and paid bill receipts. Also notify any witnesses you want to speak on your behalf at the hearing.

3. You as an individual are not required to have an attorney represent you. Only corporations and unincorporated associations in cases in excess of $2,500.00 must be represented by an attorney. In cases of $2,500.00 or less, a corporation or unincorporated association may be represented by an officer who has documentation of such status.

4. **PLAN TO ATTEND THE HEARING** to present your defense and any counterclaims (that is, your claim against the plaintiff to offset his/her claim against you). If you have a counterclaim, call 215-686-7987 for further information. **In most cases, if the defendant does not appear, the judge will decide in favor of the person who is suing.** That is called a Default Judgment. (Check the Statement of Claim for location, date, and time for the hearing).

5. Notice to Defend – If your copy of the complaint has a Notice to Defend form attached to it, and you plan to attend the hearing and present your defense, you should do the following: (1) fill out both copies of the form and put one in the attached self-addressed and stamped envelope and mail it; and (2) bring the other copy with you when you attend the hearing. If you fail to do the above and attend your hearing, your case may be continued. If you comply with the above and the plaintiff fails to appear at the hearing, a judgment shall be entered in your favor.

6. If you admit the claim and want to settle as soon as possible, notify the plaintiff immediately. If you admit the claim but need time to pay the money owed, you must appear in person on the day set for the hearing, state to the Court that you need time to pay, and your reasons.

IF THERE IS ANYTHING ON THE STATEMENT OF CLAIM THAT YOU DO NOT UNDERSTAND, FEEL FREE TO NOTIFY THE SMALL CLAIMS COURT OFFICE, 1339 CHESTNUT STREET, ROOM 1000, PHILADELPHIA, PA 19107.
If you have a disability and require assistance in order to participate in a Municipal Court proceeding, please contact us at 215-686-7986.

## AT THE HEARING

The courtroom procedure is simple and informal. You should appear in Court in the designated room on the time and date specified. Bring the copy of the complaint with you plus all documents for your defense. Be certain to check carefully the courtroom to which your case is assigned and go to the proper room. The proceedings begin with a roll call of cases to be heard during that session.

As each case is called, the parties involved step forward and are sworn in. At this point, plaintiff and defendant merely tell their stories in plain language to the Judge. After hearing both sides, the Judge will make a decision.

When you state your case:
> Give the facts clearly. Present pertinent documents and witnesses. Stay calm, do not get excited.

IF YOU WIN (the judgment or final order is in your favor), the plaintiff has 30 days to appeal.

IF YOU LOSE

1. You can appeal within 30 days by filing a Notice of Appeal in Room 280 City Hall, a copy of which must be filed immediately in Court Administration, 1339 Chestnut Street, Room 1020, Philadelphia, PA 19107. Be prepared to get a lawyer at this point, however, because the case will go to the Court of Common Pleas with more stringent rules to be followed. OR 2. You must satisfy the judgment, that is, do as the judge ordered within 30 days.

## AFTER THE HEARING

TO SATISFY THE JUDGMENT

1. The plaintiff must sign and give you an ORDER TO SATISFY, which you must file with the Prothonotary within thirty days after the payment. This ORDER is a document to prove that he/she has been paid and it is necessary to remove the judgment from record. You should retain a copy for your records.

IF YOU DO NOT APPEAL AND REFUSE TO PAY THE JUDGMENT WITHIN 30 DAYS

1. The plaintiff may execute on the judgment. This means that the plaintiff takes action through the Sheriff's Office. The sheriff may put a levy on your property, which means he can list your personal belongings to be sold at auction at a Sheriff's Sale in order to pay off the judgment. If the plaintiff resorts to this, you will have to pay the Sheriff's costs along with the other monies owed. You will be advised that your goods may be sold if you do not satisfy the plaintiff within 15 days.

2. The plaintiff can also try to collect from your bank account.

*************
REMEMBER

- Read and understand the STATEMENT OF CLAIM.
- You do not need a lawyer in Municipal Court – unless you are a Corporation or Unincorporated Association, and your case is for more than $2,500.00. ATTEND THE HEARING to avoid a default judgment – and to tell your side of the story.
- If you lose, you can appeal to the Court of Common Pleas within 30 days.
- Small Claims Court begins promptly at the time specified on the front of this complaint. Be certain to allow yourself sufficient time to arrive at Court on time.
- If you have any questions, call or visit the Small Claims Court Office.

Small Claims Court
A Division of Municipal Court
1339 Chestnut Street, Room 1000
Philadelphia, PA 19107
Monday through Friday
(215)686-7987   (215)686-7988

# Notice of Language Rights



1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
Elizabeth McCarrick  215-683-8000
languageaccesscoordinator@courts.phila.gov

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية ;** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский;** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی /Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français :** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.



 **eTicket**

## PRESENT THIS DOCUMENT FOR BOARDING

RESERVATION NUMBER CDE747

RES# CDE747-04JUN17

# CLT-MULTIPLE CITIES

CHARLOTTE, NC

## Multi-City Trip

AUGUST 27, 2017

| TRAIN 19 | CRESCENT Aug 27, 2017 | CHARLOTTE - ATLANTA 1 Reserved Coach Seat 1 Accessible Coach Seat | DEPARTS 4:13 AM | ARRIVES (Sun Aug 27) 9:41 AM |
|---|---|---|---|---|

| TRAIN 19 | CRESCENT Aug 30, 2017 | ATLANTA - NEW ORLEANS 1 Viewliner Accessible Bedroom Car 1911 - Room H | DEPARTS 10:06 AM | ARRIVES (Wed Aug 30) 9:00 PM |
|---|---|---|---|---|

| TRAIN 20 | CRESCENT Sep 9, 2017 | NEW ORLEANS - PHILADELPHIA (30TH ST) 1 Viewliner Accessible Bedroom Car 2010 - Room H | DEPARTS 7:00 AM | ARRIVES (Sun Sep 10) 12:08 PM |
|---|---|---|---|---|

| PASSENGERS (2) | | AMTRAK GUEST REWARDS |
|---|---|---|
| WATERS, BLAZE | ADULT - DISABLED | 7039376327 I MEMBER |
| HORR, KEITH | ADULT - DISABLED | 7135345929 |

**Proper identification is required for all passengers.** This document is valid for only passengers listed. See www.amtrak.com/ID for details.

## IMPORTANT INFORMATION

- MBLTY-IMPRD ADLT, ID & SELF-CERTIF REQRD ON TRAIN
- MBLTY-IMPRD ID & CERTIF REQRD
- NOT VALID ON OTHER DATES/TRAINS
- NON-REFUNDABLE, EXCHANGES PERMITTED FOR OTHER RAIL FARE PURCHASES

- Long-term parking for the Atlanta station is located across the street at the America's Best Value Inn on Peachtree Street. Park your car and pay with the front desk clerk inside the hotel, then put the parking ticket on your dashboard.
- eTickets for Reserved services are valid only for the specific train number, date and accommodation type booked.
- When should you arrive at the station? Check the recommended arrival times for your departure station at Amtrak.com/stations. Allow additional time if you require ticketing/baggage services or boarding assistance, or if you are boarding at a Canadian station.
- Tickets are non-transferable. They are valid only for the personal use of the passenger(s) named on the ticket.
- For Amtrak travel information, or to make adjustments to your travel plans, please visit Amtrak.com, or call 1-800-USA-RAIL (1-800-872-7245).
- Your printed eTicket travel document shows the services you booked. If you change your booking but do not reprint the document, it will not reflect your current itinerary. You may obtain an updated copy of your eTicket at Amtrak.com. At some stations, a gate agent may need to view your eTicket prior to boarding (learn more at Amtrak.com/boarding).
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. See the refund/exchange policy at Amtrak.com/refund.

 Gmail

## Fwd: Amtrak Reservation Exchange Confirmation

**Blaze Waters** <blazemwaters@aol.com>
To: justinbenoit77@gmail.com

Tue, Jul 25, 2017 at 7:47 PM

Sent from AOL Mobile Mail

From: DoNotReply <DoNotReply@amtrak.com>
Date: Tuesday, July 25, 2017
Subject: Amtrak Reservation Exchange Confirmation
To: BLAZEMWATERS <BLAZEMWATERS@AOL.COM>

### SCAN AT QUIK-TRAK

|Barcode|

1. Print this confirmation page.
2. Scan the barcode under the scanner below the keypad.
3. Touch the "Print Tickets" button.

|Kiosk|

Receipt and Itinerary as of 25-Jul-2017, 01:03 AM (EDT).

Dear Amtrak Customer,

Thank you for choosing Amtrak.Please save or print this page for your records.

Your reservation has been changed. If you have issues with these changes please contact 1-800-USA-RAIL (1-800-872-7245). Here are your new travel details.

Reservation Number: CDE747

THIS IS NOT A TICKET
-----------------------------------
This confirmation notice is not a ticket. You must obtain a ticket before boarding.

TICKETING INFORMATION
-----------------------------------
Pick up your tickets at any Amtrak Quik-Trak self-service ticketing kiosk, or at any Amtrak ticket window. Check station operating hours before you go; ticket window and Quik-Trak kiosk hours vary from station to station. Your entire reservation (all segments) will be cancelled if you do not pick up your tickets before your first departure or if you no-show for any segment in your reservation. If your reservation cancels, you will need to make a new reservation, which may be at a higher fare.

IMPORTANT POLICIES

------------------------------------------------

*Valid identification is required for all passengers 18 and over. For detailed information, please visit www.amtrak.com/ID or call 1-800-USA-RAIL (1-800-872-7245).
*Two carry-on bags, up to 50 lb and 28 x 22 x 14 inches each, are allowed per passenger. For important baggage policy information, please visit www.amtrak.com/BaggagePolicy or call 1-800-USA-RAIL (1-800-872-7245).

PASSENGER INFORMATION
------------------------------------------------
Passenger 1: Waters, Blaze
Amtrak Guest Rewards Number: 7039376327
Passenger 2: Horr, Keith
Amtrak Guest Rewards Number: 7135345929

ITINERARY
------------------------------
================================================================
Philadelphia (30Th St), Pennsylvania (Phl) to Charlotte, North Carolina (Clt)
Tuesday August 22, 2017 8:54AM - Tuesday August 22, 2017 8:44PM
================================================================
Train: 79 Carolinian
Duration: 11H 50M

   Departs:
   Philadelphia (30Th St), Pennsylvania (Phl)
   Tuesday August 22, 2017 8:54AM

   Arrives:
   Charlotte, North Carolina (Clt)
   Tuesday August 22, 2017 8:44PM

   Seat(s)/Room(s):
   2 Reserved Coach Seats

================================================================
Charlotte, North Carolina (Clt) to Atlanta, Georgia (Atl)
Sunday August 27, 2017 4:13AM - Sunday August 27, 2017 9:41AM
================================================================
Train: 19 Crescent
Duration: 05H 28M

   Departs:
   Charlotte, North Carolina (Clt)
   Sunday August 27, 2017 4:13AM

   Arrives:
   Atlanta, Georgia (Atl)
   Sunday August 27, 2017 9:41AM

   Seat(s)/Room(s):
   2 Reserved Coach Seats

================================================================
Atlanta, Georgia (Atl) to New Orleans, Louisiana (Nol)
Wednesday August 30, 2017 10:08AM - Wednesday August 30, 2017 9:00PM
================================================================
Train: 19 Crescent

Duration: 10H 54M

    Departs:
    Atlanta, Georgia (Atl)
    Wednesday August 30, 2017 10:06AM

    Arrives:
    New Orleans, Louisiana (Nol)
    Wednesday August 30, 2017 9:00PM

    Seat(s)/Room(s):
    Viewliner Accessible Bedroom H In Car 1911

=================================================================
New Orleans, Louisiana (Nol) to Philadelphia (30Th St), Pennsylvania (Phl)
Saturday September 9, 2017 7:00AM - Sunday September 10, 2017 12:08PM
=================================================================
Train: 20 Crescent
Duration: 29H 08M

    Departs:
    New Orleans, Louisiana (Nol)
    Saturday September 9, 2017 7:00AM

    Arrives:
    Philadelphia (30Th St), Pennsylvania (Phl)
    Sunday September 10, 2017 12:08PM

    Seat(s)/Room(s):
    Viewliner Accessible Bedroom H In Car 2010

Special Service Has Been Requested

=================================================================
FARE INFORMATION
-----------------------------------

| | |
|---|---|
| Rail | $ 694.70 |
| Accommodations | $ 622.20 |
| Ticket Delivery Fee | $ 0.00 |
| Subtotal | $ 1316.90 |
| Credit From Previous Purchase | $ 1222.55 |
| Forfeit Amount | $ 0.00 |
| Purchase Total | $ 94.35 |
| Evoucher Amount | $ 0.00 |
| Refund Fee | $ 0.00 |
| Refund Amount | $ 0.00 |

We have sent an e-mail confirmation to the following addresses: BLAZEMWATERS@AOL.COM

BILLING INFORMATION
-------------------------------------
AMTRAK - www.amtrak.com

Billed to:


ADDITIONAL INFORMATION
-------------------------------------------------
* When should you arrive at the station? Check the recommended arrival times for your departure station at
Amtrak.com/stations. Allow additional time if you are boarding at a Canadian station, or require
ticketing/baggage services or boarding assistance.
* If you are traveling on the Auto Train, motorcycles and vehicles with trailers must check in by 2:00 pm.
All other vehicles must check in by 2:30 pm. Vehicles will not be accepted after 2:30 pm.
* You may cancel (but not modify) your reservation online. Cancellation fees and/or refund fees may apply.
To change your reservation, please call 1-800-USA-RAIL (1-800-872-7245).
* THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding.

HAVE A GREAT TRIP!
-------------------------------------------
* Need a hotel? Amtrak offers great deals for your destination. For the best deals in cars and
hotels please visit http://trip.amtrak.com to learn more.
Questions? Contact us online at www.amtrak.com/contactus or call 1-800-USA-RAIL (1-800-872-7245).

The policies described above apply to travel on Amtrak services.

**Justin Benoit** <justinbenoit77@gmail.com>                                    Thu, Aug 10, 2017 at 1:23 PM
To: "mbalmu1@aol.com" <mbalmu1@aol.com>

[Quoted text hidden]

 Messages **.Il** LTE    12:55 AM    

 **Amtrak**
Messenger



# Amtrak ✔

## 639K people like this including Francis M. Berkery and 102 friends

### Railroad Company

08/27/2017, 6:06 AM

> I'm on your train with a friend and we were both humility be the lady that seated us in front of the whole cabin 2 times I'm disabled an so is my

       Aa     

 Messages 📶 LTE   **12:55 AM**

 **Amtrak**
Messenger



# 639K people like this including Francis M. Berkery and 102 friends

## Railroad Company

08/27/2017, 6:06 AM

I'm on your train with a friend and we were both humility be the lady that seated us in front of the whole cabin 2 times I'm disabled an so is my friend I'm having such bad chest pain over it an they won't came near me now I can't find her

    Aa  

 

Messages  LTE    12:56 AM

<  **Amtrak**
Messenger 

I have a handicap seat she would not even ask for my I'd never asked either of us screaming get out of that handicap seat I'm so upset no apoligy she said get out of that seat if you want it pay for it ...it was horifiying I plan on going to the board of disability

Not ones did she ask when I told her I was disabled did she ask me if I needed

    Aa  



**Messages** ll LTE   12:56 AM

 **Amtrak**
Messenger



**Not ones did she ask when I told her I was disabled did she ask me if I needed anything I told her I have oxygen she could care less an said get your bag out of that area mumbling ppl trying it with her pay for the dam seat if you want it**

We apologize. We have forwarded your concerns to management.



      Aa    

  

**Amtrak**
Messenger

Why would anyone with a diability have 2 pay more 4 a seat then a person without one

U can forward that she know I was taping her but she never came to change my seat or check me to say I'm so sorry it was a mistake can I help u with your oxygen or nothing I'm so upset my heart it racing

    Aa  

 **Messages** ..ll LTE  12:56 AM  

 **Amtrak**
Messenger

**That's not the women that's her coworker she knows who she is**

We apologize. These issues are handled by Customer Relations. Please call us at <u>1-800-USA-RAIL</u> (SU 8a-430p EST) or email us at <u>https://www.amtrak.com/contact-us</u>



     Aa   

 **Amtrak** Messenger



1:27

**Well thank you for listening**

**OMG I went in my bag she made me move u to the front an my money belt is gone I can't tell my friend he will go off**

 **Amtrak**
Messenger

Is there cameras on the train

I'm in 25101

APR 4, 5:04 PM

I'm writing you one last time for a settlement my condition has grown worse and I would like a settlement if not next week I'm headed to file a law suit to put a handicap person out of a handicap cap seat an harrass me was not right we were the only

 **Amtrak**
Messenger

right we were the only white ppl on the train I felt threatened to do this in the middle of the night an have the other passengers to be heckling stuff and I'm married to a Blk man so I'm not racist would you please get back to me 2673391579 it's been a while I been in icu in the hospital for 9 month straight now I'm bed bound since an would like a settlement from your

 **Messages** .ıll LTE   12:58 AM 

<  **Amtrak**
Messenger

**2673391579** it's been a while I been in icu in the hospital for 9 month straight now I'm bed bound since an would like a settlement from your company I wrote Fox News they ask me to let them know how our communication goes so please let's do this civilly thank you Blaze waters





**‹ Messages** .ıll LTE   **12:58 AM**

**‹**    **Amtrak**
Messenger

let them know how our communication goes so please let's do this civilly thank you Blaze waters



This is me

APR 4, 5:27 PM

    Aa  

 **Amtrak** 
Messenger

Please. Get me through to who ever handles these cases please I would appreciate it

APR 5, 4:44 PM



12:19 AM

Hi this is Blaze Waters. You have not wrote me back that you're sending this to management like you have before. If you scroll up you will see

    Aa  

 

**Messages** ••ıl LTE   12:58 AM   

**Amtrak**
Messenger

sending this to management like you have before. If you scroll up you will see that I sent a letter and it went to them but it has disappeared from my screen. Let this serve as a warning to you that I'm about to get a cab or disabled transit to small claims since you're not responding to me and my videos that have been sent. I want you to contact me like in the past. The reason

    Aa  

  

Messages **ıll** LTE    12:59 AM

< Amtrak
Messenger

and a half (my first stent in the hospital was for 9 months straight). I'm still going through my illness and it's hard for me to get around. My travel date was 8/27/17 on Train 19 and my ticket # was CDE747. My Amtrak rewards # is <u>7039376327</u>. If you look up my history then you will see that I am a faithful customer and I always purchase handicapped seating

    Aa  

 

**Messages** ••ll LTE      12:59 AM      

<    **Amtrak**
Messenger

handicapped seating and rooms. The way we were treated by this one Amtrak employee on the train as handicap ppl was not right. It was against all rules and rights that come with being disabled. Not only did that employee allow heckling from other passengers but she raised her voice for me to "get my ass and my shit out of the handicap area". She

    Aa   

  **Messages** ‧‧‧ LTE     12:59 AM        

 **Amtrak**
Messenger

handicapped seating and rooms. The way we were treated by this one Amtrak employee on the train as handicap ppl was not right. It was against all rules and rights that come with being disabled. Not only did that employee allow heckling from other passengers but she raised her voice for me to "get my ass and my shit out of the handicap area". She

    Aa    



  

**Amtrak**
Messenger

woke up the train. My travel mate and I were the only minorities on board and we're also both disabled. She refused to listen to me when I told her I purchased handicapped seats. People on the train were threatening me. I was afraid that if they followed through with their threats that I "better get my ass in the chairs like the lady said or there was going to be a

    Aa  

  

Messages **.ıll** LTE   **12:59 AM**

< **Amtrak**
Messenger

woke up the train. My travel mate and I were the only minorities on board and we're also both disabled. She refused to listen to me when I told her I purchased handicapped seats. People on the train were threatening me. I was afraid that if they followed through with their threats that I "better get my ass in the chairs like the lady said or there was going to be a

    Aa  

 Messages **.ıll** LTE    12:59 AM    



<  **Amtrak**
Messenger

going to be a problem" then I would've been more disabled then I already am. Pls send this to management and send me a text back to let me know that action is being taken like you've done in the past. I've given you more than enough time to respond to this and I've even went on your website over a month ago and sent an email to customer service and I'm still

    **Aa**  

 Messages .dll LTE   **1:00 AM**   

 **Amtrak**
Messenger

already am. Pls send this to management and send me a text back to let me know that action is being taken like you've done in the past. I've given you more than enough time to respond to this and I've even went on your website over a month ago and sent an email to customer service and I'm still waiting on a response. I'm going to small claims court later today to file a claim

      

 

**Messages** ▪︎lll LTE     **1:00 AM**



**Amtrak**
Messenger

that action is being taken like you've done in the past. I've given you more than enough time to respond to this and I've even went on your website over a month ago and sent an email to customer service and I'm still waiting on a response. I'm going to small claims court later today to file a claim against you. Sincerely Blaze Waters 2673391579



**.ıl MetroPCS  LTE**          **1:12 AM**

 **Amtrak**
Messenger



1:03 AM

Hey! In reviewing your information, our records reflect your concerns were reported to our Customer Relations Department and forwarded to management. For further assistance, you may reach out to Customer Relations. We are unable to provide any assistance regarding your case.



   Aa  



 **Amtrak**
Messenger 

regarding your case.

Please send me the address of your legal departments legal address please I'm not sure why it took you all these months to get back to me but only for my husband asking a question I got you !
So now would you please send me your main address of Amtrak an the address of your legal department please?

      

 **Amtrak**
Messenger

So now would you please send me your main address of Amtrak an the address of your legal department please?

I need the addresses for us mail please !!!!

Will you please send them to me to help me I am a paying customer and I deserve a response from you as a employee of your department please!!!

## ACKNOWLEDGMENT OF DOCUMENT REVIEW

We need you to read the following acknowledgments to ensure that you are satisfied with the filing; the wording in the Statement of Claim and/or the Landlord Tenant Complaint form and that you agree that all personal information has been removed from each and every document used in your filing since our docket is available for public viewing.

1. You agree that you have read the entire filing and agree with the wording, terminology and content.

2. You agree that all of the names, addresses (including suite, apartment numbers and floors) and any other information in the caption block are correct.

3. You agree that it is your responsibility to remove all personal information that is shown on any form used in the filing. This includes information pertaining to you, any party named in the filing and any other individual who has information included on the documents submitted as evidence. This information includes, but is not limited to, phone numbers, account numbers, social security numbers, routing numbers, bank accounts and tax information.

4. You have submitted, if available, your email address and cell phone number in case you need to be contacted by the court regarding the filing.

   By signing this form you agree that you have read the document in full, have been given the opportunity to revise your filing and/or to ask any questions regarding the filing process.

Filer- _Blaze Claton_ Date- _5-6-2019_

Court Representative- _Af_



### PHILADELPHIA MUNICIPAL COURT
#### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge      John J. Joyce, Deputy Court Administrator

# SC-19-05-16-5142

| | |
|---|---|
| BLAZE WATERS<br>1302 ORTHODOX STREET<br>PHILADELPHIA, PA 19124 | AMTRAK<br>1 MASSACHUSETTS AVENUE NW<br>WASHINGTON, DC 20001 |
| *Plaintiff* | *Defendant(s)* |

BLAZE WATERS

_____     **Address &**   1302 ORTHODOX STREET
**Plaintiff/Attorney**                           **Phone**        PHILADELPHIA, PA 19124
Attorney # _____

# ORDER

**AND NOW**, to wit this ____1st____ day of _____July_____ , ____2019____ , upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

No Service, Dismissed without Prejudice.

The previous disposition of Withdrawn without Prejudice entered on 07/01/2019 has
been vacated.  The description of that disposition was: Withdrawn without
Prejudice.
Parties Appearing: BLAZE WATERS.<br>Disposition Entered By Trial
Commissioner: Aaron C Palmer

## BY THE COURT:

_____
A. Palmer (J. CANTZ) **J.**

S1 (07AP/01)



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge      John J. Joyce, Deputy Court Administrator

# SC-19-05-16-5142

| | |
|---|---|
| BLAZE WATERS<br>1302 ORTHODOX STREET<br>PHILADELPHIA, PA 19124 | AMTRAK<br>60 MASSACHUSETTS AVENUE NE ATTENTION: CUSTOMER RELATIONS<br>WASHINGTON, DC 20002 |
| *Plaintiff* | *Defendant(s)* |

BLAZE WATERS

Plaintiff/Attorney

Attorney # _____

**Address & Phone**   1302 ORTHODOX STREET
PHILADELPHIA, PA 19124

# O R D E R

**AND NOW,** to wit this ___1st___ day of _____July_____, ___2019___, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Withdrawn without Prejudice.

**BY THE COURT:**

_A. Palmer (T. Diaz)_ **J.**

51 (07/09/01)



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge    John J. Joyce, Deputy Court Administrator

## RELISTMENT COVER SHEET AND REQUEST FOR ALTERNATE SERVICE

Case #    SC-19-05-16-5142

| | |
|---|---|
| BLAZE WATERS<br>1302 ORTHODOX STREET<br>PHILADELPHIA, PA 19124<br><br>Plaintiff(s) | AMTRAK<br>1 MASSACHUSETTS AVENUE NW<br>WASHINGTON, DC 20001<br><br>Defendant(s) |

### THE FOLLOWING MUST ACCOMPANY THIS FORM:

| | |
|---|---|
| • Copy of Complaint and all attachments<br>• Stamped, addressed business size envelopes<br>• $ 14.30  Filing Fee | • Other |

### PLUS THE FOLLOWING:

For Service at a New Address:    1 MASSACHUSETTS AVENUE NW
New Address:    WASHINGTON, DC 20001

☐ Writ Service (Philadelphia Writ Service) attach service fee
☐ Private Process Server (Attorney responsible for service)
☐ Constable Service (service to be made out of Philadelphia County) attach service fee
☒ Certified Mail
☐ Scotlandyard Security attach service fee

☐ C & E Process Service attach service fee
☐ 4 Sure Legal Services attach service fee
☐ It's DONE! Courier attach service fee
☐ MTE Courier Services attach service fee

### FOR SERVICE at SAME ADDRESS (Service was never made):

| | |
|---|---|
| ☐ Alternative Service Requested<br>  ☐ Regular & Certified Mail, and Form 3817<br><br>☐ Service was good on original filing | Special Instructions<br>ATTENTION: AMTRAK CUSTOMER RELATIONS<br><br><br>Attorney for Plaintiff: |

I, BLAZE WATERS                    , verify personal service has not been achieved and/or the last known address is a post office box for:
(circle one or both and attach previous return of service)
I am a plaintiff in this relistment action.  I hereby verify that I am authorized to make this verification and that the facts set forth above are true and correct to the best of my knowledge, information and belief.  I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. &sect; 4904, which concerns the making of unsworn falsifications to authorities.




Name of Party and Address:

### THE FOLLOWING SEARCHES HAVE BEEN MADE (Attach any copies of search results):

| | |
|---|---|
| ☐ Examination of telephone directories<br>☐ Inquiries made of neighbors or relatives<br>☐ Information from Post Office<br>☐ Mail received by the party addressed to premises (see Oth/Cmmts):<br>☐ Inquires made of employers<br>☐ Inquiries made of Voter's Registration Bureau | ☐ Inquiries made of Bureau of Motor Vehicles<br>☐ Inquiries made of tax records<br>☐ Inquiries made of business license records<br>☐ Inquiries made of Corporation Bureau<br>☐ Other/Comments: |

Service is authorized by mailing a copy of the Complaint, all attachments and this approval as follows: (1) Certified Mail, return receipt requested; (2) first class mail, postage prepaid with a Certificate of Mailing (Post Office Form 3817).  BY THE COURT:
Date: 07/01/2019                                   Judge: _Patrick F. Dugan_

### NOTICE TO ALL PARTIES: SUMMONS: You are hereby ordered to appear for trial as follows:

| | |
|---|---|
| 1339 Chestnut Street 6th Floor<br>Philadelphia, PA 19107 | Date: August 23, 2019<br>Time: 01:15 PM                    Hearing Room: 2 |

This case has been rescheduled.  Attached is a copy of the original complaint (which shows the original trial date).  If you do not attend the new trial, a judgment may be entered against you and you may lose important property or rights.



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge        John J. Joyce, Deputy Court Administrator

**# SC-19-05-16-5142**

| | |
|---|---|
| BLAZE WATERS<br>1302 ORTHODOX STREET<br>PHILADELPHIA, PA 19124 | AMTRAK<br>1 MASSACHUSETTS AVENUE NW<br>WASHINGTON, DC 20001 |
| *Plaintiff(s)* | *Defendant(s)* |

Blaze de Waters



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge    John J. Joyce, Deputy Court Administrator

# SC-19-05-16-5142

| | |
|---|---|
| BLAZE WATERS<br>1302 ORTHODOX STREET<br>PHILADELPHIA, PA 19124 | AMTRAK<br>1 MASSACHUSETTS AVENUE NW<br>WASHINGTON, DC 20001 |
| *Plaintiff* | *Defendant(s)* |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: BLAZE WATERS

Signature: *Blaze Waters*

Name: BLAZE WATERS

Attorney No. (if applicable): _____

## Notice of Language Rights



1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
Elizabeth McCarrick  215-683-8000
languageaccesscoordinator@courts.phila.gov

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्ने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतको कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی /Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français :** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

# EXHIBIT "B"

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY MAIL

**UNITED STATES POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE

U.S. POSTAGE PAID
PME
PHILADELPHIA, PA
**$13.65**

CERTIFIED MAIL

FROM:

TO: Amtrak
1 Massachusetts Ave NW
Washington, PC 2000 j

RECEIVED
JAN 1 5 2018
AMTRAK
ELEANOR D. ACHESON

PRESS FIRMLY TO SEAL

P★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. Please recycle - again.

CMR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAZE WATERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMTRAK, | ) |
| | ) |
| Defendant. | ) |

Civil Action No. **19    3518**

(Judge )

## NOTICE TO ADVERSE PARTY OF REMOVAL AND CERTIFICATE OF NOTICE TO PHILADELPHIA MUNICIPAL COURT

Pursuant to 28 U.S.C. § 1446(d), Defendant National Railroad Passenger Corporation ("Amtrak") hereby gives written notice to Plaintiff that a notice of removal based upon original jurisdiction under 28 U.S.C. §§ 1331 and 1349 was filed in the above-captioned matter on August 5, 2019. Amtrak, through counsel, also certifies that a notice of said filing and a copy of the notice of removal were filed with the Philadelphia Municipal Court for the First Judicial District of Pennsylvania on August 5, 2019.

Respectfully submitted,

*Adama Wiltshire*

Adama K. Wiltshire (PA. No. 32876)
awiltshire@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone: 267.402.3000
Facsimile: 267.402.3131

Attorneys for Defendant
National Railroad Passenger Corporation
("Amtrak")

Dated: August 5, 2019