**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

*Amended Complaint*

BLAZE WAters

_____

_____

*Civil/Criminal Action No.*

*(In the space above enter the full name(s) of the plaintiff(s).)*

*CAse number 19-3518*
*(Judge Cynthia M. Rufe)*

- against -

Amtrak ____ ____ ____ ____ ____ ____

___ ____ ____ ___ ___ ____ ____ ____

__ ___. ___ __ - ___ ____ ____ ___.

__ _ __ __ __ __ __ __ __

__ ___ __ __ __ ___ ___ __

___ __ __ __ __ ___ __ __

__ __ __ ___ ___ ___ __

__ __ __ ___ ___ ___ __

___ __ ___ __ ___ ___ __ _

__ __ __ __ __ ___ __ __

_____ _ ___ ___ ____ ___ ___

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

SEP 19 2019

*(In the space above enter the full name(s) of the defendant(s). If you*
*cannot fit the names of all of the defendants in the space provided,*
*please write "see attached" in the space above and attach an*
*additional sheet of paper with the full list of names. The names*
*listed in the above caption must be identical to those contained in*
*Part I Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification
       number and the name and address of your current place of confinement. Do the same for any additional
       plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff          Name                    BLAZE WAters
                   Street Address          1302 Orthodox St.
                   County, City            Philadelphia County, Philadelphia
                   State & Zip Code        Pennsylvania, 19124
                   Telephone Number        (267) 339-1579

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1      Name _Amtrak_

Street Address _1 Massachusetts Ave NW_

County, City _Washington, D.C._

State & Zip Code _District of Columbia, 20001_


Defendant No. 2      Name _____

Street Address _____

County, City _____

State & Zip Code _____


Defendant No. 3      Name _____

Street Address _____

County, City _____

State & Zip Code _____


Defendant No. 4      Name _____

Street Address _____

County, City _____

State & Zip Code _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
       Q  Federal Questions          Q  Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _The Americans w/ Disabilities Act (ADA), et also. in regards to_
_discrimination against people w/ disabilities during transportation._

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Amtrak train (crescent line) travelling from Charlotte, NC. to Atlanta, GA_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____ _8/27/2017 approximately 5:00 Am Eastern time_

C.    Facts: _On July 25th 2017, I purchased a handicap accessible multi-city trip ticket travelling to Atlanta from Charlotte, North Carolina for myself and my travel companion, Keith Horr. Keith and I are both visibly disabled and travel together frequently on Amtrak trains. On the morning of August 27th 2017, Keith and I boarded our train and took our seats within the handicap section. Minutes later, we were approached by the train attendant, who in a very unpleasant tone told us that we had to "move and sit the fuck down" on the opposite side of the train, which was not handicap accessible. I tried to tell her that I had breathing equipment and that I had purchased handicap seating, but she wouldn't hear anything that we had to say. Reluctantly, Keith and I moved and watched as the attendant put a piece of luggage in the seats to prevent us or anyone else with a disability from sitting. Due to her loud voice and demeanor, the attendant woke up the other passengers, who then started heckling and threatening us to comply with the attendant. The attendant used discriminatory words pertaining to our sexualities and health statuses while also claiming that we couldn't afford handicap seating. She yelled "if you want a handicap seat, you have to pay for it!" She proceeded to purposely agitate us by vacuuming by our feet, etc. At first, I couldn't find anyone to assist us in rectifying the situation. I reached out to Amtrak on social media via Facebook messenger and they couldn't provide me with any immediate assistance. Hours later, I found the attendant's manager four train cars away._

_She was able to confirm my handicap ticket by simply asking my name. She_

barely apologized to me and couldn't even look me in the face. She did nothing further to assist me. For the duration of the trip, no one assisted w any further. we werent even told when we arrived at the last stop and no one assisted us in exiting the train.

**IV.    Injuries:** I have video and pictures that were taken during the event.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was deprived of using my oxygen machine and mobility due to non handicap Accessible Seating. I also suffered Chest and leg pains from the stress of the situation and not being in a handicap accessible area intensified it.

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I'm seeking a judgement in the amount of $2,000,000 plus, plus court costs and fees. I was disrespected, humiliated, embarrassed and discriminated against by the attendant. Her actions endangered my travel companion and I and we felt threatened by the other passengers. ~~do people take care case where there were other people~~.

I paid for a specific service that I didn't receive. The attendant's actions violated the Americans with Disabilities Act.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____ , 20_____.

Signature of Plaintiff _____

Mailing Address _1302 orthodox St._
_Philadelphia, PA 19124_

_____

Telephone Number _(267) 339-1579_

Fax Number *(if you have one)* _____

E-mail Address _justinbenot 77@gmail.com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____







 **AMTRAK** eTicket

| PRESENT THIS DOCUMENT FOR BOARDING |

RESERVATION NUMBER CDE747

RES# CDE747-04JUN17

# CLT-MULTIPLE CITIES       Multi-City Trip

CHARLOTTE, NC                AUGUST 27, 2017

| TRAIN 19 | CRESCENT Aug 27, 2017 | CHARLOTTE - ATLANTA 1 Reserved Coach Seat 1 Accessible Coach Seat | DEPARTS 4:13 AM | ARRIVES (Sun Aug 27) 9:41 AM |

| TRAIN 19 | CRESCENT Aug 30, 2017 | ATLANTA - NEW ORLEANS 1 Viewliner Accessible Bedroom Car 1911 - Room H | DEPARTS 10:06 AM | ARRIVES (Wed Aug 30) 9:00 PM |

| TRAIN 20 | CRESCENT Sep 9, 2017 | NEW ORLEANS - PHILADELPHIA (30TH ST) 1 Viewliner Accessible Bedroom Car 2010 - Room H | DEPARTS 7:00 AM | ARRIVES (Sun Sep 10) 12:08 PM |

PASSENGERS (2)                              AMTRAK GUEST REWARDS

| WATERS, BLAZE | ADULT - DISABLED | 7039376327 I MEMBER |
| HORR, KEITH | ADULT - DISABLED | 7135345929 |

**Proper Identification is required for all passengers.** This document is valid for only passengers listed. See www.amtrak.com/ID for details.

IMPORTANT INFORMATION

- MBLTY-IMPRD ADLT,ID & SELF-CERTIF REQRD ON TRAIN
- MBLTY-IMPRD ID & CERTIF REQRD

- NOT VALID ON OTHER DATES/TRAINS
- NON-REFUNDABLE, EXCHANGES PERMITTED FOR OTHER RAIL FARE PURCHASES

- Long-term parking for the Atlanta station is located across the street at the America's Best Value Inn on Peachtree Street. Park your car and pay with the front desk clerk inside the hotel, then put the parking ticket on your dashboard.
- eTickets for **Reserved services** are valid only for the specific train number, date and accommodation type booked.
- When should you arrive at the station? Check the recommended arrival times for your departure station at Amtrak.com/stations. Allow additional time if you require ticketing/baggage services or boarding assistance, or if you are boarding at a Canadian station.
- Tickets are non-transferable. They are valid only for the personal use of the passenger(s) named on the ticket.
- For Amtrak travel information, or to make adjustments to your travel plans, please visit Amtrak.com, or call 1-800-USA-RAIL (1-800-872-7245).
- Your printed eTicket travel document shows the services you booked. If you change your booking but do not reprint the document, it will not reflect your current itinerary. You may obtain an updated copy of your eTicket at Amtrak.com. At some stations, a gate agent may need to view your eTicket prior to boarding (learn more at Amtrak.com/boarding).
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. See the refund/exchange policy at Amtrak.com/refund.

 Gmail

# Fwd: Amtrak Reservation Exchange Confirmation

**Blaze Waters** <blazemwaters@aol.com>                    Tue, Jul 25, 2017 at 7:47 PM
To: justinbenoit77@gmail.com

Sent from AOL Mobile Mail

From: DoNotReply <DoNotReply@amtrak.com>
Date: Tuesday, July 25, 2017
Subject: Amtrak Reservation Exchange Confirmation
To: BLAZEMWATERS <BLAZEMWATERS@AOL COM>

### SCAN AT QUIK-TRAK

|Barcode|

1. Print this confirmation page.
2. Scan the barcode under the scanner below the keypad.
3. Touch the "Print Tickets" button

|Kiosk|

Receipt and Itinerary as of 25-Jul-2017, 01:03 AM (EDT).

Dear Amtrak Customer,

Thank you for choosing Amtrak.Please save or print this page for your records.

Your reservation has been changed. If you have issues with these changes please contact 1-800-USA-RAIL (1-800-872-7245). Here are your new travel details.

Reservation Number: CDE747

THIS IS NOT A TICKET
----------------------------------
This confirmation notice is not a ticket. You must obtain a ticket before boarding.

TICKETING INFORMATION
------------------------------------------------
Pick up your tickets at any Amtrak Quik-Trak self-service ticketing kiosk, or at any Amtrak ticket window. Check station operating hours before you go; ticket window and Quik-Trak kiosk hours vary from station to station. Your entire reservation (all segments) will be cancelled if you do not pick up your tickets before your first departure or if you no-show for any segment in your reservation. If your reservation cancels, you will need to make a new reservation, which may be at a higher fare.

IMPORTANT POLICIES

---------- -------------------------------
*Valid identification is required for all passengers 18 and over. For detailed information, please visit
www amtrak.com/ID or call 1-800-USA-RAIL (1-800-872-7245).
*Two carry-on bags, up to 50 lb and 28 x 22 x 14 inches each, are allowed per passenger. For important
baggage policy information, please visit www amtrak.com/BaggagePolicy or call 1-800-USA-RAIL
(1-800-872-7245).

PASSENGER INFORMATION
--------------------------------------
Passenger 1: Waters, Blaze
Amtrak Guest Rewards Number: 7039376327
Passenger 2: Horr, Keith
Amtrak Guest Rewards Number: 7135345929

ITINERARY
----- ------------------
================================================================================
Philadelphia (30Th St), Pennsylvania (Phl) to Charlotte, North Carolina (Clt)
Tuesday August 22, 2017 8:54AM - Tuesday August 22, 2017 8:44PM
================================================================================
Train: 79 Carolinian
Duration: 11H 50M

    Departs:
    Philadelphia (30Th St), Pennsylvania (Phl)
    Tuesday August 22, 2017 8·54AM

    Arrives:
    Charlotte, North Carolina (Clt)
    Tuesday August 22, 2017 8:44PM

    Seat(s)/Room(s)·
    2 Reserved Coach Seats

================================================================================
Charlotte, North Carolina (Clt) to Atlanta, Georgia (Atl)
Sunday August 27, 2017 4:13AM - Sunday August 27, 2017 9:41AM
================================================================================
Train: 19 Crescent
Duration: 05H 28M

    Departs:
    Charlotte, North Carolina (Clt)
    Sunday August 27, 2017 4:13AM

    Arrives:
    Atlanta, Georgia (Atl)
    Sunday August 27, 2017 9:41AM

    Seat(s)/Room(s):
    2 Reserved Coach Seats

================================================================================
Atlanta, Georgia (Atl) to New Orleans, Louisiana (Nol)
Wednesday August 30, 2017 10:06AM - Wednesday August 30, 2017 9:00PM
================================================================================
Train: 19 Crescent

Duration: 10H 54M

Departs:
Atlanta, Georgia (Atl)
Wednesday August 30, 2017 10:06AM

Arrives:
New Orleans, Louisiana (Nol)
Wednesday August 30, 2017 9:00PM

Seat(s)/Room(s):
Viewliner Accessible Bedroom H In Car 1911

================================================================
New Orleans, Louisiana (Nol) to Philadelphia (30Th St), Pennsylvania (Phl)
Saturday September 9, 2017 7:00AM - Sunday September 10, 2017 12:08PM
================================================================
Train: 20 Crescent
Duration: 29H 08M

Departs:
New Orleans, Louisiana (Nol)
Saturday September 9, 2017 7:00AM

Arrives:
Philadelphia (30Th St), Pennsylvania (Phl)
Sunday September 10, 2017 12:08PM

Seat(s)/Room(s):
Viewliner Accessible Bedroom H In Car 2010

Special Service Has Been Requested

================================================================
FARE INFORMATION
----------------------------------------

| Rail | $ 694.70 |
| Accommodations | $ 622.20 |
| Ticket Delivery Fee | $ 0.00 |
| ---------------------------------------- | |
| Subtotal | $ 1316.90 |
| Credit From Previous Purchase | $ 1222.55 |
| ---------------------------------------- | |
| Forfeit Amount | $ 0.00 |
| Purchase Total | $ 94.35 |
| Evoucher Amount | $ 0 00 |
| Refund Fee | $ 0.00 |
| Refund Amount | $ 0.00 |

We have sent an e-mail confirmation to the following addresses: BLAZEMWATERS@AOL.COM

BILLING INFORMATION
---------------------------------
AMTRAK - www.amtrak.com

Billed to:

ADDITIONAL INFORMATION
------------------- ------------------------ --
* When should you arrive at the station? Check the recommended arrival times for your departure station at
Amtrak.com/stations. Allow additional time if you are boarding at a Canadian station, or require
ticketing/baggage services or boarding assistance.
* If you are traveling on the Auto Train, motorcycles and vehicles with trailers must check in by 2:00 pm.
All other vehicles must check in by 2:30 pm. Vehicles will not be accepted after 2:30 pm.
* You may cancel (but not modify) your reservation online. Cancellation fees and/or refund fees may apply.
To change your reservation, please call 1-800-USA-RAIL (1-800-872-7245).
* THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding.

HAVE A GREAT TRIP!
----------------------------------
* Need a hotel? Amtrak offers great deals for your destination. For the best deals in cars and
hotels please visit http://trip.amtrak com to learn more.
Questions? Contact us online at www.amtrak.com/contactus or call 1-800-USA-RAIL (1-800-872-7245).

The policies described above apply to travel on Amtrak services.

**Justin Benoit** <justinbenoit77@gmail.com>                              Thu, Aug 10, 2017 at 1:23 PM
To. "mbalmu1@aol.com" <mbalmu1@aol.com>

[Quoted text hidden]

   

**Messages** 📶 LTE   **12:55 AM**

< **Amtrak**
Messenger



# Amtrak ✓

## 639K people like this including Francis M. Berkery and 102 friends

### Railroad Company

08/27/2017, 6:06 AM

I'm on your train with a friend and we were both humility be the lady that seated us in front of the whole cabin 2 times I'm disabled an so is my

    Aa  

 Messages  ⊪ LTE     **12:55 AM**     ⊕ ▬

 **Amtrak**
Messenger                          

# 639K people like this including Francis M. Berkery and 102 friends

## Railroad Company

03/27/2017, 6:06 AM

> I'm on your train with a friend and we were both humility be the lady that seated us in front of the whole cabin 2 times I'm disabled an so is my friend I'm having such bad chest pain over it an they won't came near me now I can't find her

    **Aa**  

Messages ᵃᵗᵗ LTE   **12:56 AM**   

 **Amtrak**
Messenger   

I have a handicap seat she would not even ask for my I'd never asked either of us screaming get out of that handicap seat I'm so upset no apoligy she said get out of that seat if you want it pay for it ...it was horifiying I plan on going to the board of disability

Not ones did she ask when I told her I was disabled did she ask me if I needed

     

 **Amtrak**
Messenger

Not ones did she ask when I told her I was disabled did she ask me if I needed anything I told her I have oxygen she could care less an said get your bag out of that area mumbling ppl trying it with her pay for the dam seat if you want it

We apologize. We have forwarded your concerns to management.



Messages ▪▫▮ LTE          12:56 AM                   ⊕ ▬



**Amtrak**
Messenger



Why would anyone with a diability have 2 pay more 4 a seat then a person without one

U can forward that she know I was taping her but she never came to change my seat or check me to say I'm so sorry it was a mistake can I help u with your oxygen or nothing I'm so upset my heart it racing

That's not the woman

    Aa  

  

**Amtrak**
Messenger

**That's not the women that's her coworker she knows who she is**

We apologize. These issues are handled by Customer Relations. Please call us at <u>1-800-USA-RAIL</u> (SU 8a-430p EST) or email us at <u>https://www.amtrak.com/contact-us</u>



Messages ‖‖ LTE   **12:57 AM**

<  **Amtrak** Messenger   



1:27 ⊘

**Well thank you for listening** ⊘

**OMG I went in my bag she made me move u to the front an my money belt is gone I can't tell my friend he will go off** ⊘

    Aa  

 

**Messages** ▮▮▮ LTE   12:57 AM

 **Amtrak**
Messenger



Is there cameras on the train

I'm in 25101

APR 4, 5:04 PM

I'm writing you one last time for a settlement my condition has grown worse and I would like a settlement if not next week I'm headed to file a law suit to put a handicap person out of a handicap cap seat an harrass me was not right we were the only

      Aa    

‹   **Amtrak**
Messenger    

right we were the only white ppl on the train I felt threatened to do this in the middle of the night an have the other passengers to be heckling stuff and I'm married to a Blk man so I'm not racist would you please get back to me 2673391579 it's been a while I been in icu in the hospital for 9 month straight now I'm bed bound since an would like a settlement from your

    Aa   

  **Messages** .ıll LTE   **12:58 AM**   

 **Amtrak**
Messenger

**2673391579** it's been a while I been in icu in the hospital for 9 month straight now I'm bed bound since an would like a settlement from your company I wrote Fox News they ask me to let them know how our communication goes so please let's do this civilly thank you Blaze waters



    Aa    

 Messages ■ll LTE    **12:58 AM**    

 **Amtrak**
Messenger

let them know how our communication goes so please let's do this civilly thank you Blaze waters



0:15

**This is me**

APR 4, 5:21 PM

        

 

**Amtrak**
Messenger

> **Please. Get me through to who ever handles these cases please I would appreciate it**

APR 5, 4:34 PM



12:19 AM

> **Hi this is Blaze Waters. You have not wrote me back that you're sending this to management like you have before. If you scroll up you will see**

**Amtrak**
Messenger

sending this to management like you have before. If you scroll up you will see that I sent a letter and it went to them but it has disappeared from my screen. Let this serve as a warning to you that I'm about to get a cab or disabled transit to small claims since you're not responding to me and my videos that have been sent. I want you to contact me like in the past. The reason

Aa

 Messages ᴸᴛᴇ LTE   12:59 AM

  **Amtrak**
Messenger



and a half (my first stent in the hospital was for 9 months straight). I'm still going through my illness and it's hard for me to get around. My travel date was 8/27/17 on Train 19 and my ticket # was CDE747. My Amtrak rewards # is 7039376327. If you look up my history then you will see that I am a faithful customer and I always purchase handicapped seating

    Aa  

**Amtrak**
Messenger

handicapped seating and rooms. The way we were treated by this one Amtrak employee on the train as handicap ppl was not right. It was against all rules and rights that come with being disabled. Not only did that employee allow heckling from other passengers but she raised her voice for me to "get my ass and my shit out of the handicap area". She

 

### Amtrak
Messenger



handicapped seating and rooms. The way we were treated by this one Amtrak employee on the train as handicap ppl was not right. It was against all rules and rights that come with being disabled. Not only did that employee allow heckling from other passengers but she raised her voice for me to "get my ass and my shit out of the handicap area". She

     








woke up the train. My travel mate and I were the only minorities on board and we're also both disabled. She refused to listen to me when I told her I purchased handicapped seats. People on the train were threatening me. I was afraid that if they followed through with their threats that I "better get my ass in the chairs like the lady said or there was going to be a

    Aa  

 

**Amtrak**
Messenger

woke up the train. My travel mate and I were the only minorities on board and we're also both disabled. She refused to listen to me when I told her I purchased handicapped seats. People on the train were threatening me. I was afraid that if they followed through with their threats that I "better get my ass in the chairs like the lady said or there was going to be a



Messages ..Il LTE    12:59 AM

 **Amtrak**
Messenger

going to be a problem" then I would've been more disabled then I already am. Pls send this to management and send me a text back to let me know that action is being taken like you've done in the past. I've given you more than enough time to respond to this and I've even went on your website over a month ago and sent an email to customer service and I'm still

**Amtrak**
Messenger

already am. Pls send this to management and send me a text back to let me know that action is being taken like you've done in the past. I've given you more than enough time to respond to this and I've even went on your website over a month ago and sent an email to customer service and I'm still waiting on a response. I'm going to small claims court later today to file a claim

 Messages **.ill** LTE   **1:00 AM**   

 **Amtrak**
Messenger

that action is being taken like you've done in the past. I've given you more than enough time to respond to this and I've even went on your website over a month ago and sent an email to customer service and I'm still waiting on a response. I'm going to small claims court later today to file a claim against you. Sincerely Blaze Waters 2673391579

        



.ıll MetroPCS  LTE        1:12 AM

 **Amtrak**
Messenger



1:12 AM

**Hey! In reviewing your information, our records reflect your concerns were reported to our Customer Relations Department and forwarded to management. For further assistance, you may reach out to Customer Relations. We are unable to provide any assistance regarding your case.**



    Aa    

 **ıll MetroPCS** LTE     **1:12 AM** 

 **Amtrak**
Messenger 

regarding your case.

> Please send me the address of your legal departments legal address please I'm not sure why it took you all these months to get back to me but only for my husband asking a question I got you !
> So now would you please send me your main address of Amtrak an the address of your legal department please?

      

  **Amtrak**
Messenger 

So now would you please send me your main address of Amtrak an the address of your legal department please?

I need the addresses for us mail please !!!!

Will you please send them to me to help me I am a paying customer and I deserve a response from you as a employee of your department please!!!

    Aa