IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLAZE WATERS,

        Plaintiff,

   v.

AMTRAK,

        Defendant.

CIVIL ACTION NO. 19-3518

### ORDER

**AND NOW**, this 24th day of April 2020, upon consideration of Defendant's Motion to Dismiss [Doc. No. 11] and the responses and replies thereto, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss [Doc. No. 11] is **DENIED**.

2. No later than **May 31, 2020**, Plaintiff shall file a signed copy of the Amended Complaint. Plaintiff is encouraged to file a scanned copy of the signed Amended Complaint by email using the attached instructions for *pro se* litigants. If that is not possible, Plaintiff may file the signed Amended Complaint by mailing it to the Clerk's office.

3. Defendant shall file an answer within **14 days** from the filing of Plaintiff's signed Amended Complaint.

4. The Clerk shall email this Order and its attachments, as well as the accompanying Memorandum Opinion, to Plaintiff at the email address provided in the Amended Complaint.

It is so **ORDERED**.

                                                BY THE COURT:

                                                /s/ Cynthia M. Rufe

                                                **CYNTHIA M. RUFE, J.**

March 24, 2020

**NOTICE TO *PRO SE* LITIGANTS**

In response to developments with regard to the outbreak of coronavirus disease 2019 (COVID-19) in the Eastern District of Pennsylvania, and the evolving public health guidance on the Federal, State, and local levels, and the restrictions on access to courthouses, Court locations, and other Court offices in this district, it is encouraged that all *pro se* litigants with pending cases or matters in the Eastern District of Pennsylvania provide their current email address which will appear on the public docket of record to: **PAED_DOCUMENTS@ paed.uscourts.gov**.  The email that is provided will be used to serve copies of orders on the *pro se* litigant.  It is also recommended that *pro se* litigants send any documents for filing to the same court email,  **PAED_DOCUMENTS@ paed.uscourts.gov**.  Please  note that procedural rules concerning the form and content of filings are still in effect, and litigants are encouraged to review the Pro Se Notice of Guidelines on the Court website http://www.paed.uscourts.gov/documents2/forms/forms-pro-se for more information.

Be sure to include the name you used exactly as it appears on the docket(s), all docket case numbers in which you are a party, and your current email address.